## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

FEDERAL PACKAGE NETWORK, INC.　　　　　　　　　Civil No.: 07-4074 (RHK/JSM)

　　　　　　　　　Plaintiff,　　　　　　　　　**ORDER OF DISMISSAL**
v.　　　　　　　　　　　　　　　　　　　　　　**WITHOUT PREJUDICE**

BURT'S BEES, INC.
　　　　　　　　　Defendant.

---

　　　Based upon the Notice of the parties (Doc. No. 6), **IT IS ORDERED** that Plaintiff's Complaint in this matter is **DISMISSED WITHOUT PREJUDICE**, and without costs to any party.

Dated: February 15, 2008

　　　　　　　　　　　　　　　　　.　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge